UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

LAWRENCE BEASLEY,

    Plaintiff,    Case No. 2:20-cv-10

v.    Honorable Paul L. Maloney

BRENDA BUCHANAN et al.,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: February 21, 2020    /s/ Paul L. Maloney
                Paul L. Maloney
                United States District Judge